# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2809 |

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –9)

On February 2, 2018, the Panel transferred 39 civil action(s) to the United States District Court for the Eastern District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2018). Since that time, 52 additional action(s) have been transferred to the Eastern District of Kentucky. With the consent of that court, all such actions have been assigned to the Honorable Karen K Caldwell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Kentucky and assigned to Judge Caldwell.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Kentucky for the reasons stated in the order of February 2, 2018, and, with the consent of that court, assigned to the Honorable Karen K Caldwell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Kentucky. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 18, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED AND CERTIFIED**
**ROBERT R. CARR, CLERK**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
Date: 4/18/2018
By: C. Dearborn
**Deputy Clerk**

IN RE: ONGLYZA (SAXAGLIPTIN) AND
KOMBIGLYZE XR (SAXAGLIPTIN AND
METFORMIN) PRODUCTS LIABILITY
LITIGATION MDL No. 2809

## SCHEDULE CTO−9 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 4 | 18−00172 | Peoples v. Bristol−Myers Squibb Company et al |
| ARKANSAS EASTERN | | | |
| ARE | 4 | 18−00231 | Booth v. Bristol Myers Squibb Company et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 18−00680 | Stewart v. Bristol−Myers Squibb Company et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 18−01292 | Walz v. Bristol−Myers Squibb Company et al |
| GEORGIA SOUTHERN | | | |
| GAS | 1 | 18−00060 | Slaton v. Bristol−Meyers Squibb Company et al |
| ILLINOIS NORTHERN | | | |
| ILN | 3 | 18−50110 | Mills v. Bristol−Myers Squibb Company et al |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 18−00632 | Gintz v. Bristol−Myers Squibb Company et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 18−00984 | WOODRUFF v. BRISTOL−MYERS SQUIBB COMPANY et al |
| INS | 4 | 18−00055 | HARDIN v. BRISTOL−MYERS SQUIBB COMPANY et al |
| KENTUCKY WESTERN | | | |

| | | | |
|---|---|---|---|
| KYW | 5 | 18–00049 | Kee v. Bristol–Myers Squibb Company et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 1 | 18–00061 | Loggan v. Bristol–Myers Squibb Company et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 3 | 18–00201 | Maurras v. Bristol–Myers Squibb Company et al |
| MSS | 3 | 18–00202 | Harrell v. Bristol Myers Squibb Company et al |
| MSS | 3 | 18–00214 | Garrette v. Bristol–Myers Squibb Company et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 18–00258 | Wood v. Bristol Myers Squibb Company et al |
| MOW | 4 | 18–00259 | Payne v. Bristol Myers Squibb Company et al |
| MOW | 4 | 18–00260 | Ganzalez–McAllister v. Bristol Myers Squibb Company et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 18–02860 | Orschel v. Astrazeneca LP et al |
| NYS | 1 | 18–02862 | Carter v. Bristol–Myers Squibb Company et al |
| NYS | 1 | 18–02863 | Forgione v. Bristol–Myers Squibb Company et al |
| NYS | 1 | 18–02866 | Rouse v. Bristol–Myers Squibb Company et al |
| NYS | 1 | 18–02914 | Havice v. Bristol–Myers Squibb Company et al |
| NYS | 1 | 18–02915 | Waterman v. Bristol–Myers Squibb Company et al |
| NYS | 1 | 18–02917 | Gooch v. Bristol–Myers Squibb Company et al |
| NYS | 1 | 18–02955 | Trapp et al v. Bristol–Myers Squibb Company et al |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 7 | 18–00052 | Royal v. Bristol–Myers Squibb Company et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 18–00265 | KEY v. BRISTOL–MYERS SQUIBB COMPANY, et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 3 | 18–00715 | Clark et al v. Bristol–Myers Squibb Company et al |

OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| OKW | 5 | 18–00283 | Brittain v. Bristol–Myers Squibb Company et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 18–00824 | Erwin v. Bristol–Myers Squibb Company et al |
| TXN | 3 | 18–00825 | Fouse v. Bristol–Myers Squibb Company et al |

| TXN | 3 | 18−00826 | Crear v. Bristol−Myers Squibb Company et al |
| TXN | 3 | 18−00827 | Sheppard v. Bristol−Myers Squibb Company et al |
| TXN | 3 | 18−00828 | Bivins v. Bristol−Myers Squibb Company et al |
| TXN | 7 | 18−00045 | Hasan v. Bristol−Myers Squibb Company et al |

TEXAS SOUTHERN

| TXS | 2 | 18−00092 | Gordon v. Bristol−Myers Squibb Company et al |
| TXS | 4 | 18−00969 | Jones v. Bristol−Myers Squibb Company et al |
| TXS | 4 | 18−00971 | Sparkman v. Bristol−Myers Squibb Company et al |

WASHINGTON EASTERN

| WAE | 1 | 18−03049 | Smith v. Bristol−Myers Squibb Company et al |

WISCONSIN EASTERN

| WIE | 2 | 18−00511 | Jarman v. Bristol−Myers Squibb Company et al |